**United States District Court**
*For the Northern District of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCESSIBILITY FOR ALL, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOUBLETREE HOTEL, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 05-4129 PVT <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 20, 2006, the parties filed a stipulation selecting court-sponsored mediation as the ADR process for this case. Based on the file herein,

IT IS HEREBY ORDERED that the Case Management Conference is continued to May 16, 2006. The parties shall file a Joint Case Management Conference Statement no later than May 8, 2006.

IT IS FURTHER ORDERED that discovery is now open since the last day for the parties to hold their Rule 26(f) meet and confer has passed and presumably the parties have conducted their meet and confer. *See,* FED.R.CIV.PRO. 26(d). Absent agreement of the parties or futher order of this court, the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

Dated: *1/26/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*